# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **QOTD FILM INVESTMENT LTD**<br><br>    Plaintiff,<br>v.<br><br>**LUCITIA MILLS, et al**<br><br>    Defendants. | Case No.  16-cv-11274<br>Hon.  Matthew F. Leitman |

## ORDER TO DISMISS

The Plaintiff has filed a notice of voluntary dismissal of the case.  None of the remaining defendants have entered an appearance.  IT IS HEREBY ORDERED THIS CASE IS DISMISSED WITHOUT PREJUDICE.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2016, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113